IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

BRITTANY WHITE, *Individually and as* )
*Surviving Sister of Jasman Washington* )
*and as the Personal Representative on Behalf* )
*of the Estate of Jasman Washington* , )
                                     )
                   Plaintiff, )
                                       )
v. )
                                         )
CITY OF LUBBOCK, LUBBOCK COUNTY )
SHERIFF'S OFFICE, *Et Al.*, )
                                         )
                  Defendants. )    Civil Action No. 5:22-CV-071-C

## JUDGMENT PURSUANT TO RULE 54(b)

In accordance with the Court's Order of even date granting the various Motions to

Dismiss filed by the Defendants,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that:

(1) Plaintiff Michelle White's claims are barred by the applicable statue of limitations and

are **DISMISSED WITH PREJUDICE**;

(2) all claims against Defendant Lubbock County Sheriff's Office are **DISMISSED**

**WITH PREJUDICE**;

(3) Plaintiffs' § 1983 claims asserted against Defendant Ridley in his official capacity for

monetary damages and Plaintiffs' state law claims against Defendant Ridley are **DISMISSED**

**WITH PREJUDICE**;

(4) Plaintiffs' state law claims against Defendant Gruner are **DISMISSED WITH**

**PREJUDICE**;

(5) Plaintiffs' state law claims against Defendant Lubbock County, Plaintiffs' § 1983

claims for exemplary damages against Defendant Lubbock County, and Plaintiffs' *Monell* claims

for municipal liability against Defendant Lubbock County are **DISMISSED WITH**

**PREJUDICE**; and

(6)  Plaintiffs' state law claims against Defendant City of Lubbock, Plaintiffs' § 1983

claims for exemplary damages against Defendant City of Lubbock, and Plaintiffs' *Monell* claims

for municipal liability against Defendant City of Lubbock are **DISMISSED WITH**

**PREJUDICE**.

There is no just reason for delay in entering a final judgment and final judgment should

be entered pursuant to Federal Rule of Civil Procedure 54(b) and this shall be a final judgment

pursuant to Federal Rule of Civil Procedure 54(b) as to these claims only.

Dated this _18th_ day of December, 2023.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE