IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

BRITTANY WHITE, *Individually and as* )
*Surviving Sister of Jasman Washington* )
*and as the Personal Representative on Behalf* )
*of the Estate of Jasman Washington* , )
)
Plaintiff, )
)
v. )
)
CITY OF LUBBOCK, LUBBOCK COUNTY )
SHERIFF'S OFFICE, *Et Al.*, )
)
Defendants. )          Civil Action No. 5:22-CV-071-C

## RULE 54(b) JUDGMENT

In accordance with the Court's Order of even date granting Defendants Brock Gruner's

and John Ridley's Motions for Summary Judgment on the issue of qualified immunity,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims against

Defendants Gruner and Ridley in their individual capacities are **DISMISSED WITH**

**PREJUDICE**. There is no just reason for delay in entering a final judgment and final judgment

should be entered pursuant to Federal Rule of Civil Procedure 54(b) as to these Parties and

claims only.

Signed this _9th_ day of July, 2024.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE