UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

BRITTANY WHITE,

    Plaintiff,

v.   No. 5:22-CV-71-H

CITY OF LUBBOCK, et al.,

    Defendants.

## FINAL JUDGMENT

For the reasons stated in the Court's order dismissing the claims against the Officer John Doe defendants in this case (Dkt. No. 76), and in addition to the Court's prior partial final judgments (Dkt. Nos. 49; 68), it is hereby ORDERED, ADJUDGED, and DECREED that:

The plaintiff's claims against the Officer John Doe defendants are dismissed without prejudice.

The Clerk of Court is directed to close the case.

So ordered on February 25, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE